**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  January 30, 2026

| | |
|---|---|
| JIMMY DALE MILTON | LATRENDA LACHA MILTON |
| 129 ZIONHILL CHURCH RD | 272 Skating Rink Rd |
| Prentiss, MS  39474 | Prentiss, MS  39474 |

CASE NO.  22-51365 KMS

**RE:**     NOTICE OF DEFAULT

Dear Debtors:

Pursuant to a previous Order of this Court, **if you become delinquent in your Chapter 13 payments, your case will be dismissed without further hearing**. Enclosed is a printout showing your payment history. As you can see, your payments are delinquent.

The Order of Dismissal will be sent to the Court fourteen (14) days from the date of this letter unless you are current with your plan payments or other relief is sought.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE
CASE ADMINISTRATOR:  FONDA BONEY

COUNSEL FOR DEBTORS:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

DAVID RAWLINGS, STANDING TRUSTEE
INQUIRY ON CASE 22-51365 KMS, JIMMY DALE & LATRENDA LACHA MILTON

## RECEIPT DATA

| | | | |
|---|---|---|---|
| TOTAL RCPTS: $68,354.00 | # MO. SINCE CON: 36 | RCPTS OVERDUE: $9,957.02 |
| LAST RCPT: 01/09/2026 | # MO. REMAINING: 60 | |
| RCPTS DUE: $78,943.41 | TOTAL PLAN LENGTH: 60 | |

## RECEIPT SCHEDULE  (Payroll Order)

| NAME | AMOUNT | START DATE | # OF PERIODS | FREQUENCY |
|---|---|---|---|---|
| JIMMY DALE MILTON | $1,939.00 | 12/29/2022 | 18 | MONTHLY |
| JIMMY DALE MILTON | $2,550.00 | 06/29/2024 | 13 | MONTHLY |
| JIMMY DALE MILTON | $277.00 | 07/29/2025 | 1 | MONTHLY |
| JIMMY DALE MILTON | $0.00 | 08/29/2025 | 3 | MONTHLY |
| JIMMY DALE MILTON | $3,327.34 | 11/29/2025 | 24 | MONTHLY |
| JIMMY DALE MILTON | $0.00 | 11/29/2027 | End of Plan | WEEKLY |

## RECEIPTS FOR THE LAST SIX MONTHS:

| DATE | TYPE | REFERENCE | AMOUNT | SOURCE |
|---|---|---|---|---|
| 08/07/2025 | TFS | 951224 | $1,500.00 | TFS 8/7/2025 |
| 09/09/2025 | TFS | 955003 | $1,300.00 | TFS 9/9/2025 |
| 10/07/2025 | TFS | 958205 | $1,300.00 | |
| 01/09/2026 | TFS | 969456 | $25.00 | TFS 1/9/2026 |