United States Bankruptcy Court
Southern District of Mississippi

In re:  
Jimmy Dale Milton  
Latrenda Lacha Milton  
    Debtors

Case No. 22-51365-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3  
Date Rcvd: Feb 19, 2026      Form ID: ntcdsm      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jimmy Dale Milton, 129 Zionhill Church Rd, Prentiss, MS 39474-4805 |
| jdb | + | Latrenda Lacha Milton, 272 Skating Rink Rd, Prentiss, MS 39474-4214 |
| aty | + | Rollins Law Firm, PLLC, P.O. Box 13767, Jackson, MS 39236-3767 |
| 5171235 | + | Fergus Fcu, 568 N A Sanderifer Rd, Monticello, MS 39654-7600 |
| 5171236 | + | Ferguson Federal Credit Union, 1026 E Broad Street, Monticello, MS 39654-7702 |
| 5171239 | + | Jackson Anesthesia, PO Box 2398, Jackson, MS 39225-2398 |
| 5171240 | + | Jefferson Davis Co Hos, P.O. Box 1288, Prentiss, MS 39474-1288 |
| 5192027 | | John S. Simpson, MSB No. 8525, Simpson Law Firm PA, Attorney for Ferguson Federal Credit Uni, P.O. Box 2058, Madison, MS 39130-2058 |
| 5171244 | | Richard Milton, 135 Rankin Hayes Rd, Mendenhall, MS 39114-5810 |
| 5171245 | + | Southern Financial, Po Box 15203, Hattiesburg, MS 39404-5203 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: IRS.COM | Feb 20 2026 00:51:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| cr | + | EDI: WFFC2 | Feb 20 2026 00:51:00 | Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 5171231 | + | Email/Text: sbridwell@arscollections.com | Feb 19 2026 19:59:00 | Advanced Recovery Syst, 219 Katherine Dr, Flowood, MS 39232-9588 |
| 5171233 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 19 2026 19:58:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 5171505 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 19 2026 19:58:00 | Credit Acceptance Corporation, 25505 West 12 Mile Rd Suite #3000, Southfield MI 48034-8331 |
| 5171234 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2026 20:03:37 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5192116 | + | Email/Text: bankruptcy@towerloan.com | Feb 19 2026 19:58:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5171237 | + | Email/Text: bankruptcies@foxcollection.com | Feb 19 2026 19:58:00 | Fox Collection Center, Pob 528, Goodlettsville, TN 37070-0528 |
| 5171238 | + | Email/Text: FSBank@franklinservice.com | Feb 19 2026 19:58:00 | Franklin Collection, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5189700 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Feb 19 2026 19:59:00 | HATTIESBURG CLINIC PA, 415 S 28TH AVE, HATTIESBURG, MS 39401-7283 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: ntcdsm | Total Noticed: 35 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5313462 | + | Email/Text: ebone.woods@usdoj.gov | Feb 19 2026 19:58:00 | Internal Revenue Service, c/o US Attorney, 501 East Court St,, Ste 4.430, Jackson, MS 39201-5025 |
| 5182719 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:30 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5171241 | | Email/Text: ml-ebn@missionlane.com | Feb 19 2026 19:58:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 5182900 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2026 19:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5171242 | | EDI: MSDOR | Feb 20 2026 00:51:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 5171243 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 19 2026 19:58:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5189060 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:30 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 5191065 | | EDI: Q3G.COM | Feb 20 2026 00:51:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5171246 | | Email/Text: bankruptcy@towerloan.com | Feb 19 2026 19:58:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5174409 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 19 2026 19:58:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 5313463 | ^ | MEBN | Feb 19 2026 19:53:49 | US Attorney General, US Dept of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0001 |
| 5187791 | + | EDI: AIS.COM | Feb 20 2026 00:51:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5171247 | + | EDI: VERIZONCOMB.COM | Feb 20 2026 00:51:00 | Verizon Wireless, P.O. Box 660108, Dallas, TX 75266-0108 |
| 5171248 | + | EDI: WFAUTO | Feb 20 2026 00:51:00 | Wells Fargo, Po Box 71092, Charlotte, NC 28272-1092 |
| 5175627 | + | EDI: WFFC2 | Feb 20 2026 00:51:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ferguson Federal Credit Union |
| 5313461 | * | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5171232 | ##+ | ARC Management Group, 1825 Barrett Lake Blvd, Ste 505, Kennesaw, GA 30144-7570 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Feb 19, 2026 | Form ID: ntcdsm | Total Noticed: 35 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Latrenda Lacha Milton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jimmy Dale Milton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 22−51365−KMS
Chapter: 13

In re:

| | |
|---|---|
| Jimmy Dale Milton | Latrenda Lacha Milton |
| 129 Zionhill Church Rd | 272 Skating Rink Rd |
| Prentiss, MS 39474 | Prentiss, MS 39474 |

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−3452                    xxx−xx−2567

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on February 19, 2026.

Dated: 2/19/26                    Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790